

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2014

No. 04-14-00555-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 307125
Honorable Jason Pulliam, Judge Presiding

# O R D E R

On November 12, 2014, we abated this appeal and remanded the cause to the trial court to determine, inter alia, whether Appellant is indigent, Appellant desires court-appointed counsel, or Appellant wishes to represent himself. We set deadlines for the trial court and district clerk to act, but we suspended all other appellate deadlines.

On November 19, 2014, Appellant filed a motion for extension of time to file his brief. Appellant's motion is MOOT. After we receive the supplemental record from the district clerk, we will issue an order setting appellate deadlines.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court